May 27, 2005

Mr. Charles A. Watson
Watson & Kowis
2323 South Shepherd Drive, Penthouse
Houston, TX 77019

Mr. Robert G. Smith Jr.
Lorance & Thompson, P.C.
2900 N. Loop West, Suite 500
Houston, TX 77092

Mr. Neal Kieval
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027-7523
Mr. Kelly Michael Kowis
Watson, Kowis & Rossick
2323 South Shepherd
Houston, TX 77019

Mr. William G. Rossick
Watson & Rossick
700 Lavaca Street, Suite 602
Austin, TX 78701

Mr. Charles A. Watson
Watson & Kowis
2323 South Shepherd Drive, Penthouse
Houston, TX 77019

RE: Case Number: 04-0016
 Court of Appeals Number: 01-02-00439-CV
 Trial Court Number: 00-35433

Style: MICHIANA EASY LIVIN' COUNTRY, INC., D/B/A MICHIANA R.V.
 v.
 JAMES G. HOLTEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. Petitioner's Motion to Substitute
Counsel is granted. (Justice Wainwright and Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |